IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-332-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANDRE DURON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered the joint notice of new information [D.E. 87] and the entire record. The joint notice does not alter this court's findings and conclusions in its order of February 11, 2026. See [D.E. 70].

SO ORDERED. This 20 day of August, 2026.

JAMES C. DEVER III
United States District Judge