IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-332-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANDRE DURON ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On October 9, 2026, defendant filed a pro se motion to request transcripts [D.E. 94]. Defendant is represented by counsel. This court has not authorized hybrid representation. Thus, the court DENIES defendant's motion [D.E. 94].

SO ORDERED. This 9 day of October, 2026.

JAMES C. DEVER III
United States District Judge